# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humetewa, Diane J. | U.S. District Court, Arizona | 03/04/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court for the District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington, St. Suite 625 SPC 81
Phoenix, Arizona 85003-2161

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Republic Services |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Gonzaga Law School, & Spokane County Bar Assoc | March 1-2, 2019 | Spokane, Washington | Speaker at annual seminar | transportation, meals and lodging |
| 2. | Am. Bar Association, Breaking Barriers | May 3, 2019 | Washington, D.C. | Panel speaker | transportation and per diem |
| 3. | U.S.Dept. of Justice, Nat'l Trial Advocacy Center | September 26-27, 2019 | San Diego, CA | Moot Court Judge | transportation, per diem and lodging |
| 4. | U.S. Sentencing Commission's Judges Seminar | June 26-28, 2019 | Chicago, Ill. | Seminar attendee | transportation, per diem and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 03/04/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 03/04/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Money Market Fund Class BDreyfus Corp. | A | Interest | J | T | | | | | |
| 2. PLDPX PIMCO Fund Class 1-2 | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 3. New World Fund Class F-2 | A | Dividend | J | T | | | | | |
| 4. Bank of America cash equivalent | A | Interest | K | T | | | | | |
| 5. First Federal Credit Union cash equivalent | A | Interest | K | T | | | | | |
| 6. Northwest Mutual Whole Life Insur. | C | Dividend | M | T | | | | | |
| 7. IShares Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 8. IShares Core S&P 500ETF | B | Dividend | N | T | | | | | |
| 9. Schwab Strategic Intern'l Equity ETF(VWO) | A | Dividend | K | T | | | | | |
| 10. FTEJX Fidelity Advisor Total Emerging Market Class I | A | Dividend | J | T | | | | | |
| 11. Hartford Core Equity Fund Class A | A | Dividend | K | T | | | | | |
| 12. HWDIXHarfrod Schroders World Bond Cap Class I | A | Dividend | J | T | | | | | |
| 13. ORSYX Invesco Short Term Class Y | A | Dividend | J | T | | | | | |
| 14. IShares TR Core S&P Mid-Cap ETF | B | Dividend | L | T | | | | | |
| 15. IVV IShares TR Core S&P 500 ETF | A | Dividend | J | T | | | | | |
| 16. JHEQX JP Morgan Hedged | A | Dividend | J | T | | | | | |
| 17. MAPTX Mathews Pacific Tiger Fund Invest | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | MRBIX MFS Total Return Bond | B | Dividend | L | T | | | | | |
| 19. | MFAIX MSIF Inte'l Advantage Fund Class I | A | Dividend | J | T | | | | | |
| 20. | PSDYX Putnam Short Duration Class Y | A | Dividend | K | T | | | | | |
| 21. | SPDR SER TR Bloomberg Barclays | A | Dividend | J | T | | | | | |
| 22. | U.S. Dollar Currency Northwest Mutual | A | Dividend | J | T | | | | | |
| 23. | VGISX Virtus Duff & Phelps Global Real Estate Fund Class I | A | Dividend | K | T | | | | | |
| 24. | WGROXWasatch Core Growth Fund | A | Dividend | J | T | | | | | |
| 25. | SPDR SER TR SPDR Bloomberg Barklays | B | Dividend | L | T | | | | | |
| 26. | FBTIX Fidelity Advisor Biotech | A | Dividend | K | T | | | | | |
| 27. | PSDYX Putnam Ultra Short | A | Dividend | K | T | | | | | |
| 28. | CPODX Morgan Stanley Insight Fund | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 29. | EILTX EV Tabs 5 to 15 Year Ladder Municipal Bond Fund Class I | A | Dividend | J | T | Buy (add'l) | 08/25/20 | J | | |
| 30. | HLGFX JPMorgan Limited Duration Bond Fund Class I | A | Dividend | J | T | Buy | 12/29/20 | J | | |
| 31. | MATFX Matthews ASIA Innovators Fund Investor Class | A | Dividend | J | T | Buy | 10/19/20 | J | | |
| 32. | MLVEX BMO Low Volatility Equity Fund Class I | A | Dividend | J | T | Buy | 02/19/20 | J | | |
| 33. | | | | | | Buy (add'l) | 02/28/20 | J | | |
| 34. | | | | | | Buy (add'l) | 03/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 03/04/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. ORNYX Invesco Oppenheimer Rochester High Yield Fund Class Y | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 38. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 39. ORNYX Rochester Municipal Opportunities Fund Class Y | A | Dividend | J | T | | | | | |
| 40. ORSYX Invesco Short Term Municipal Fund Class Y | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 41. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 42. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 43. PICMX Virtus Kar Mid-Cap Growth Fund Class I | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 44. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 45. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 46. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 47. PLDPX Pimco Low Duration Fund Class 1-2 | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 48. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 49. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 50. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 51. SCCIX Carillon Reams Core Bond Fund Class I | A | Dividend | J | T | Buy | 05/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 03/04/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 53. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 54. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 55. TCTHX TIAA-Cref Short Term Bond Fund Advisor Class | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 56. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 57. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 58. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 59. WCMEX WCM Focused Emerging Markets FD Institutional Class | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 60. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 61. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 62. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 63. AGG Ishares TR Core U.S. Aggregate BD ETF | A | Dividend | J | T | | | | | |
| 64. BCSSX Brown Capital Management Company Fund Inst. Class | A | Dividend | J | T | | | | | |
| 65. EFV IShares TR MSCI Eafevalue ETF | A | Dividend | J | T | | | | | |
| 66. IBB IShares TR Nasdaq Biotechnology ETF | A | Dividend | J | T | | | | | |
| 67. MAMTX Balckrock Strategic Municipal Opportunities Fund Inst. Class | A | Dividend | J | T | | | | | |
| 68. SMDIX Hartford Schroeders U.S. Mid Cap Opportunities Fund Class I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 03/04/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,0000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 03/04/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 03/04/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane J. Humetewa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544